# EXHIBIT 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Mar 2 03:20:50 EST 2016*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [____] OR [Jump] to record: [____]  **Record 1 out of 35**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TRUSTED FOR QUALITY SINCE 1950 LEGAL SEA FOODS |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail food stores featuring seafood. FIRST USE: 20150422. FIRST USE IN COMMERCE: 20150422 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>01.01.10 - Stars, three or more; Three or more stars<br>03.19.25 - Catfish; Other fish (this section includes basic fish); Piranhas; Salmon; Tuna<br>11.01.03 - Forks<br>11.01.25 - Brushes, basting; Chopsticks; Churns, butter (manual); Cups, measuring; Fruit juices, non-electric; Garlic presses (non-electric); Graters, cheese; Holders, kitchen utensil; Ice cube trays; Juicers, non-electric; Ladles (soup); Measuring cups; Napkin holders; Other non-electric kitchen utensils, utensil holders; Pasta makers, non-electric; Potato peelers; Racks, kitchen tool; Scoops, ice cream; Shakers, cocktail; Sharpeners, knife (non-electric)<br>24.09.07 - Advertising, banners; Banners<br>26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 86625220 |
| **Filing Date** | May 11, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 12, 2016 |

| | |
|---|---|
| Owner | (APPLICANT) Legal Sea Foods, LLC LIMITED LIABILITY COMPANY DELAWARE One Seafood Way Boston MASSACHUSETTS 02110 |
| Attorney of Record | Stanley M. Schurgin |
| Prior Registrations | **1060132**;2033744;2298231 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEA FOODS" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of an oval outlined shape with the words "Trusted for Quality Since 1950" on the top arc and five stars on the bottom arc. There is a fish on a plate within the oval with a fork on the left side and a knife on the right; an elongated oval banner with the words "LEGAL SEA FOODS" is shown across the mark on the bottom half of the design below the fish, but above the stars. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY