# EXHIBIT 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 2 03:20:50 EST 2016*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [ ]  OR  [Jump]  to record: [ ]   **Record 7 out of 15**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LEGAL SEA FOODS ESTABLISHED 1950 RESTAURANT OYSTER BAR IF IT ISN'T FRESH, IT ISN'T LEGAL |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services. FIRST USE: 20020621. FIRST USE IN COMMERCE: 20020621 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.19.24 - Stylized fish, whales, seals, sea lions<br>03.19.25 - Catfish; Other fish (this section includes basic fish); Piranhas; Salmon; Tuna<br>08.11.06 - Crabs (prepared to eat); Fish and sea-food products cooked or prepared for cooking; Seafood (prepared to eat)<br>11.01.01 - Spoons<br>11.01.03 - Forks<br>11.03.10 - Paper plates, full; Plates, dinnerware, full<br>26.03.02 - Ovals, plain single line; Plain single line ovals<br>26.03.08 - Letters, numerals or punctuation forming the perimeter of an oval or bordering the perimeter of an oval; Ovals having letters or numerals as a border; Ovals having punctuation as a border<br>26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric<br>26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 76438867 |
| **Filing Date** | August 9, 2002 |
| **Current Basis** | 1A |

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 2003 |
| **Registration Number** | 2728972 |
| **Registration Date** | June 24, 2003 |
| **Owner** | (REGISTRANT) Legal Sea Foods, Inc. CORPORATION DELAWARE One Seafood Way Boston MASSACHUSETTS 02110 <br><br>(LAST LISTED OWNER) LEGAL SEA FOODS, LLC LIMITED LIABILITY COMPANY DELAWARE ONE SEAFOOD WAY BOSTON MASSACHUSETTS 02110 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stanley M. Schurgin |
| **Prior Registrations** | 1058761;1060132;**2033744** |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE " SEA FOODS" and "ESTABLISHED 1950" and "RESTAURANT OYSTER BAR" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130802. |
| **Renewal** | 1ST RENEWAL 20130802 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |