# EXHIBIT 3



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Mar 2 03:20:50 EST 2016

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:   **Record 2 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)

# LEGAL TEST KITCHEN

| | |
|---|---|
| **Word Mark** | LEGAL TEST KITCHEN |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services. FIRST USE: 20060630. FIRST USE IN COMMERCE: 20060630 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85310899 |
| **Filing Date** | May 3, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2011 |
| **Registration Number** | 4086911 |
| **Registration Date** | January 17, 2012 |
| **Owner** | (REGISTRANT) Legal Sea Foods, LLC LIMITED LIABILITY COMPANY DELAWARE One Seafood Way Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | Stanley M. Schurgin |
| **Prior Registrations** | 1060132;1215394;3093749;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEST KITCHEN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

**Register** PRINCIPAL
**Live/Dead Indicator** LIVE

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |