# EXHIBIT 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Mar 2 03:20:50 EST 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# LEGAL CROSSING

| | |
|---|---|
| **Word Mark** | LEGAL CROSSING |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and bar services. FIRST USE: 20140313. FIRST USE IN COMMERCE: 20140313 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85865951 |
| **Filing Date** | March 4, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 3, 2013 |
| **Registration Number** | 4548773 |
| **Registration Date** | June 10, 2014 |
| **Owner** | (REGISTRANT) Legal Sea Foods, LLC LIMITED LIABILITY COMPANY DELAWARE One Seafood Way Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | Stanley M. Schurgin |
| **Prior Registrations** | 1060132;1215394;3142735;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **.HOME** | **SITE INDEX**| **SEARCH** | *e*BUSINESS | **HELP** | **PRIVACY POLICY**