# EXHIBIT 5



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Mar 2 03:20:50 EST 2016

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# LEGAL OYSTERIA

| | |
|---|---|
| **Word Mark** | LEGAL OYSTERIA |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant services. FIRST USE: 20140714. FIRST USE IN COMMERCE: 20140714 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86194100 |
| **Filing Date** | February 14, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 29, 2014 |
| **Registration Number** | 4668680 |
| **Registration Date** | January 6, 2015 |
| **Owner** | (REGISTRANT) Legal Sea Foods, LLC LIMITED LIABILITY COMPANY DELAWARE One Seafood Way Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | Stanley M. Schurgin, Esq. |
| **Prior Registrations** | 1060132;1215394;4338143;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OYSTERIA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |