# EXHIBIT 6

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

🔍

Search for restaurants

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

🔴 DoorDash Select
Learn More

## Introducing

# DoorDash Select 🔴

### . Lower Delivery Fee

Lower than other merchants

### . Faster Preparation

Get your food up to 20% faster

### . Curated For You

The best merchants, chosen by us


Tasty Burger (Back Bay) 🔴
Burgers & Dogs
$3.99


48 mins


Alexandria Pizza & Grill 🔴
Pizza, Greek


48 mins


Anna's Taqueria 🔴
Mexican


44 mins


Antonio's Cucina Italiana 🔴
Italian, American

44 mins


Avana Sushi 🔴




Billy Tse 🔴

Black Seed Cafe 🔴


Douzo Sushi
Sushi, Japanese

48 mins


Dunkin' Donuts
Coffee & Donuts

47 mins


El Molino
Chilean

38 mins


Elephant & Castle
American pub fare

41 mins


Ernesto's
Pizza, Dessert

38 mins


Five Guys
American (New),
Burgers, Fast Food,
Hot Dogs

59 mins


Five Horses Tavern
Modern American

45 mins


Flat Black
Coffee

41 mins


Georgetown Bakery
Bakery, Desserts
Scheduled Only


Haru Sushi
Japanese, Sushi

50 mins


J.P. Licks
Ice Cream, Frozen
Yogurt

45 mins


James Hook & Co
Seafood

57 mins


Jenny's Pizza
Pizza

48 mins


Joe's American Bar &
Grill
American

50 mins


Jugos
Juice & Smoothie Bar

58 mins


Kendall House of
Pizza
Pizza

50 mins


King & I Thai
Thai

49 mins


Kinsale Irish Pub
Irish Pub

41 mins


Legal Crossing
Seafood

44 mins


Legal Sea Foods
American (Traditional),
Seafood, Wine Bars


El Centro (Boston)
Mexican

Pre-order for 5:45PM


Emmet's Irish Pub
Irish Pub

Pre-order for 5:45PM


Evoo
New American

Pre-order for 5:45PM


Figs Charlestown
Pizza

Pre-order for 5:45PM


Fleming's Prime Steakhouse
Steakhous

Pre-order for 5:45PM


Helmand Restaurant
Afghani

Pre-order for 5:45PM


Ironside Grill
American

Pre-order for 5:45PM


Koullshi
Hookah Bars, Lounges

Pre-order for 5:45PM



Legal Oysteria
Seafood

Pre-order for 5:45PM

Little Lamb
Mongolian, Hot Pot

Pre-order for 5:45PM


Lucky's Lounge
American

Pre-order for 5:45PM


Masa Restaurant
American, Mexican

Pre-order for 5:45PM


Maurizio's
Italian

Pre-order for 5:45PM


Meadhall
Gastropub

Pre-order for 5:45PM


Navy Yard Bistro
New American

Pre-order for 5:45PM


Panificio
Italian Bistro

Pre-order for 5:45PM


Petit Robert Bistro
French

Pre-order for 5:45PM


Post 390
American

Pre-order for 5:45PM


Precinct Kitchen + Bar
American

Pre-order for 5:45PM


Red Lantern
Asian Fusion, Sushi

Pre-order for 5:45PM

Charles River Bistro

Cafes

Unavailable

Orinoco (South End)

Latin American, Caribbean

Unavailable

Subs, Salads

Unavailable

American

Unavailable



Legal Test Kitchen
Legal Sea Foods offshoot

Unavailable


Sam LaGrassa's
Sandwiches

Unavailable


Sebastians
Freshly Made Salads, Sandwiches and More

Unavailable


Shabu-Zen
Japanese, Chinese

Unavailable

## Delivery Hours
Sunday - Wednesday: 8:00am - 11:30pm
Thursday - Saturday: 8:00am - 1:00am

## DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips



(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)



(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) • Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

 (http://twitter.com/doordash)  (http://facebook.com/doordash) 
(http://instagram.com/doordash)
© 2015 DoorDash