# EXHIBIT 7

Case 1:16-cv-10446-MBB   Document 1-7   Filed 03/02/16   Page 1 of 3

**LEGAL SEA FOODS, LLC**

Corporate Offices
One Seafood Way
Boston, Massachusetts 02210



December 7, 2015

*If it isn't fresh, it isn't Legal!*

**Richard Heller**
SENIOR VICE PRESIDENT AND
GENERAL COUNSEL
Phone: (617) 530-9510
Fax: (617) 530-9810
Email: rheller@legalseafoods.com

VIA FEDERAL EXPRESS
AND EMAIL
support@doordash.com

DoorDash Headquarters
566 Stanford Avenue
Palo Alto, CA 94306
Attn: Tony Xu, CEO

Re: **Infringement of the Trademark and Related Signs, Symbols and Marks of Legal Sea Foods, LLC (the "Company")**

Dear Mr. Xu:

Please be advised that I am Senior Vice President and General Counsel of Legal Sea Foods, LLC (the "Company"); and it has come to my attention that you have used the Company's logo and menu without the express permission of the Company.

The Company has originated and developed a proprietary system for the operation of seafood restaurants, seafood markets and related businesses and possesses copyrights, patents, and trademarks for designs, trade names, signs, insignias, symbols, and slogans employed in the operation of its businesses. The United States Patent and Trademark Office has granted federal trademark registration to Legal Sea Foods for its trademark name and related signs, symbols, and marks. Those signs, symbols, and marks have become uniquely associated with and identify the Company. Among the signs, symbols and marks of the Company granted trademark protection is the logo used on your website (the "Logo").

DoorDash's use of the Logo and menu on its website creates an inference that DoorDash's services are provided on behalf of, and in partnership with, the Company, and takes advantage of the goodwill associated with the Company's name, menu, and Logo. Moreover, the menu appearing on the DoorDash website inflates the pricing and clearly misrepresents the offerings to our guests.

Unless DoorDash agrees to immediately cease and desist from further use of the Logo and menu on its website, the Company will consider itself at liberty to institute legal proceedings

DoorDash Headquarters
December 7, 2015
Page 2

against DoorDash and seek both injunctive relief against, and monetary damages from DoorDash. Please advise me in writing of your intentions no later than December 21, 2015.

I sincerely hope that you will voluntarily agree to cease and desist from further use of the Logo and menu. I look forward to, and anticipate, your prompt response.

Sincerely,

Richard Heller

RH/dc
cc:   Stanley Schurgin, Esq. (via email)

G:\LSF\corr\transmit Door Dash 12.7.15.doc