# EXHIBIT 9

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

🔍

legal

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

All Merchants



Legal Crossing

Seafood

🕐

44 mins



Legal Oysteria

Seafood

🕐

44 mins



If it isn't fresh, it isn't Legal!

Legal Sea Foods

American (Traditional),

Seafood, Wine Bars

🕐

44 mins

Closed Merchants



Legal Test Kitchen

Legal Sea Foods

offshoot

🕐

Unavailable

# Delivery Hours Sunday - Wednesday:8:00am - 11:30pm
Thursday - Saturday:  8:00am - 1:00am

## DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips

12/30/2015



(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)



(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) •

Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

⚫ (http://twitter.com/doordash) ⚫ (http://facebook.com/doordash) ⚫

(http://instagram.com/doordash)

© 2015 DoorDash



We Need Your Delivery Address

Before starting your order, let's make sure this restaurant delivers to you. Enter Address

« Back to all restaurants (/)

Ordering as a group?
Create a group order

# Legal Sea Foods Take-Out Menu

American (Traditional), Seafood, Wine Bars

**Hours today**: 11:45AM - 09:30PM (OPEN)      ·

Order Cart  **0**

Checkout

**Little Bites to Start**

**Appetizers**

**Wood Burning Grill**

**Desserts**

**Pizza**

**Pasta**

**Sandwiches**

**Tacos**

**Soups & Salads**

**Ode to Inman Square**

Home of the original Legal Cash Market and Legal Sea Foods from 1904 to 1980.

- Fish & Chips — $15.50
  Fries and coleslaw.
- Anna's Baked Boston Scrod — $20.50
  Seasoned crumbs and tomato.
- New England Fried Clams — $21.95
  Fries and coleslaw.
- Crab Meat Roll — $19.95

     Fries and coleslaw.
- Portuguese Seafood Stew — $18.95
  Clams, fish, shrimp, mussels, and chourico.
- Crispy Fried Shrimp — $24.50
  Fries and coleslaw.
- Poor Man's Surf & Turf — $14.50
  Stuffie and grilled 1/2lb hot dog.
- Fish in Foil — $20.50
  Steamed haddock, wild mushrooms, roasted tomato, bacon.

If you spot any incorrect item descriptions, please email us (mailto:menu@doordash.com?subject=Incorrect item information for Legal Sea Foods Take-Out Menu).

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) • Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

 (http://twitter.com/doordash) ● (http://facebook.com/doordash) ●

(http://instagram.com/doordash)

© 2015 DoorDash