# EXHIBIT 9

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

🔍

legal

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

**All Merchants**



Legal Crossing
Seafood
🕒
44 mins



Legal Oysteria
Seafood
🕒
44 mins



*If it isn't fresh, it isn't Legal!*

Legal Sea Foods
American (Traditional), Seafood, Wine Bars
🕒
44 mins

**Closed Merchants**



Legal Test Kitchen
Legal Sea Foods offshoot
🕒
Unavailable

## Delivery Hours
Sunday - Wednesday: 8:00am - 11:30pm
Thursday - Saturday: 8:00am - 1:00am

## DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips



(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)



(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) • Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

 (http://twitter.com/doordash)   (http://facebook.com/doordash)   (http://instagram.com/doordash)

© 2015 DoorDash

> **We Need Your Delivery Address**
> Before starting your order, let's make sure this restaurant delivers to you. Enter Address

« Back to all restaurants (/)

# Legal Sea Foods Take-Out Menu

American (Traditional), Seafood, Wine Bars

**Hours today**: 11:45AM - 09:30PM (OPEN)

Ordering as a group?
Create a group order

Order Cart  0

Checkout

**Little Bites to Start**

**Appetizers**

**Wood Burning Grill**

**Desserts**

**Pizza**

**Pasta**

**Sandwiches**

**Tacos**

**Soups & Salads**

**Ode to Inman Square**

Home of the original Legal Cash Market and Legal Sea Foods from 1904 to 1980.
- Fish & Chips — $15.50
  Fries and coleslaw.
- Anna's Baked Boston Scrod — $20.50
  Seasoned crumbs and tomato.
- New England Fried Clams — $21.95
  Fries and coleslaw.
- Crab Meat Roll — $19.95

   Fries and coleslaw.
- Portuguese Seafood Stew — $18.95
   Clams, fish, shrimp, mussels, and chourico.
- Crispy Fried Shrimp — $24.50
   Fries and coleslaw.
- Poor Man's Surf & Turf — $14.50
   Stuffie and grilled 1/2lb hot dog.
- Fish in Foil — $20.50
   Steamed haddock, wild mushrooms, roasted tomato, bacon.

If you spot any incorrect item descriptions, please email us (mailto:menu@doordash.com?subject=Incorrect item information for Legal Sea Foods Take-Out Menu).
About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) • Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

● (http://twitter.com/doordash)  ● (http://facebook.com/doordash)   (http://instagram.com/doordash)

© 2015 DoorDash