# **EXHIBIT 10**

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

legal

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

All Merchants



Legal Crossing
Seafood

54 mins



Legal Oysteria
Seafood

54 mins



Legal Sea Foods
American (Traditional), Seafood, Wine Bars

54 mins



Legal Test Kitchen
Legal Sea Foods offshoot

58 mins

## Delivery Hours
Sunday - Wednesday: 8:00am - 11:30pm
Thursday - Saturday:  8:00am - 1:00am

## DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips



(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)



(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) • Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

 (http://twitter.com/doordash)   (http://facebook.com/doordash)   (http://instagram.com/doordash)

© 2015 DoorDash