# EXHIBIT 11

# CHOATE

CHOATE HALL & STEWART LLP

E. Macey Russell
t 617-248-4012
f 617-502-4012
mrussell@choate.com

January 7, 2016

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Tony Xu, CEO
Jerry Bednyak, Secretary
DashDoor, Inc.
470 Oliver Avenue
Palo Alto, CA  94306

National Registered Agents, Inc.
155 Federal Street
Suite 700
Boston, MA  02110

Re:    *Demand Letter Under Chapter 93A, §§2, and 11*
       *Infringement of the Trademark and Related Signs, Symbols and Marks of*
       *Legal Seafoods, LLC*

Dear Gentlemen:

      This firm and the undersigned represent the interests of Legal Sea Foods, LLC including, without limitation, its restaurants known as *Legal Crossing*, *Legal Oysteria*, *Legal Sea Foods*, and *Legal Test Kitchen* (hereinafter collectively referred to as "Legals" unless otherwise stated). Insofar as Legals is represented by the undersigned as counsel, kindly direct all communications and correspondence to counsel for Legals, and do not communicate directly with the Company.

      This Demand Letter is served pursuant to Massachusetts General Laws Chapter 93A §2 and §11 to DoorDash, Inc. ("DoorDash") advising it of violations of state and federal statutes governing the rights of Legals to certain trademarks and related signs, symbols and other marks (hereinafter collectively referred to as "Legals' Trademarks"). DoorDash is willfully and intentionally (a) infringing upon the federal protected trademarks of Legals in violation of 15 U.S.C. §1114, *et seq.;* (b) using registered trademarks of Legals in violation of 15 U.S.C. §1125(a); (c) diluting Legals' Trademarks in violation of 15 U.S.C. §1125(c), and (d) breaching certain common law and state law trademark rights of Legals. Legals seeks damages for DoorDash's unfair and deceptive trade practices as set forth herein and for a *second time* it demands that DoorDash immediately ***cease*** and ***desist*** from using Legals' Trademarks for any purpose.

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 2

**Litigation Hold.**   This Demand Letter further puts DoorDash on notice to place a *litigation hold* on all documents including electronically stored information relating to the claims set forth in this Demand Letter.   Legals demands that DoorDash preserve the following documents:

1.     All documents including compliance manuals describing the process to become a DoorDash "Merchant Partner" including information relating to (a) any approval process and (b) any fees or commissions paid to DoorDash for its services.   A sample copy of DoorDash's "Become a Merchant Partner" application is attached hereto as Exhibit 1.

2.     All documents relating to or evidencing agreements between DoorDash and each restaurant listed on its website whether as a "Merchant Partner" or pursuant to some other agreement whereby DoorDash is providing delivery services on their behalf including any agreements to pay a fee or commission.   A copy of the DoorDash's web pages listing certain participating restaurants as of January 4, 2016 is attached hereto as Exhibit 2. (Hereinafter, all restaurants appearing on DoorDash's website shall be referred to as "Merchant Restaurants")

3.     All documents including communications between Legals and DoorDash concerning any application initiated by Legals to become a "Merchant Partner" of DoorDash.

4.     All documents including training manuals, videos, compliance manuals relating to or used by DoorDash to train or instruct any officer, director, employee, agent, servant or independent contractor relating to delivery services including any instructions or protocols for (a) picking up food products from restaurants, (b) withholding of restaurant receipts from customers, (c) "Restaurant Do's and Don'ts, and (d) "Types of Restaurants and Paying for Food."

5.     All documents relating to the finances of DoorDash including the information relating to (a) its 2105 Series B financing, (b) the number of restaurant partners by name and year in 2013, 2014, and 2015, (c) any private placement memorandum or offering prospectus used to raise funds, and (d) any representations made by DoorDash relating to Merchant Partners or Merchant Restaurants.

6.     All documents including compliance manuals describing DoorDash's approval process for use of the trademarks and related signs, symbols and other marks of a Merchant Partner or Merchant Restaurant including any licensing agreements.

7.     All documents including compliance manuals relating to the process by which DoorDash secured or obtained without limitation as to Legals, the menus for Legal Crossing, Legal Oysteria, Legal Sea Foods, and Legal Test Kitchen (hereinafter collectively referred to as "Legals' Restaurant Menus") and pricing information for Legals' Restaurant Menus posted on DoorDash's website.

8.     All documents including compliance manuals relating to the use of Legals' Trademarks on DoorDash's website including information as to (a) when Legals' Trademarks

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 3

were first posted and (b) whether any officer, director, employee, agent, servant or independent contractor of DoorDash received any compensation directly or indirectly by or resulting from the posting of Legals' Restaurant Menus on DoorDash's website.

9.      All documents including compliance manuals relating to how DoorDash establishes menu prices for Merchant Partners, Merchant Restaurants, and Non-Merchant Partners including the frequency in which DoorDash alters, amends or changes menu prices.

10.     All documents relating to the calculations, means and/or methods used by DoorDash to establish the price for food products and goods appearing on Legals' Restaurant Menus, which are posted on DoorDash's website.

11.     All documents relating to the number of customers and amount of money charged DoorDash customers for (a) the purchase of Legals' food products and goods and (b) the delivery of Legals' food products and goods.

12.     All documents including computer screen shots relating to any orders placed on or through DoorDash's website by customers for the purchase of food products and goods from Legals.

13.     All documents evidencing income and/or revenue generated or received by DoorDash from the sale/re-sale and delivery of Legals' food products and goods to customers.

14.     All documents relating to any customer complaints relating to the prices established and charged by DoorDash for food products and goods listed on Legals' Restaurant Menus including any customer complaints concerning inaccurate or misleading pricing.

15.     All documents relating to any complaints or claims by customers relating to (a) the quality of Legals' food products and goods including any claims of food contamination or spoliation, and (b) DoorDash's delivery services.

16.     All documents and communications between DoorDash and any third parties relating to the Cease and Desist Letter including consultants and non-legal advisors.

17.     All documents including demand letters, cease and desist letters, complaints, or lawsuits that have been served, mailed or delivered to DoorDash relating to (a) allegations and claims similar to those set forth in this Demand Letter, (b) the lawsuit filed by In-N-Out Burgers pending in California, and (c) any investigation by a government or regulatory agency.

### Factual Background and Claims.

Legals first opened in 1950 as a fish market in the Inman Square neighborhood of Cambridge, Massachusetts. The "Legal" name quickly became synonymous with quality and freshness. Legals' website provides, in part, its history as follows:

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 4

In 1968, the Berkowitz family opened its first seafood restaurant, right next to the fish market. The fish was simply prepared, either broiled or fried, and served on paper plates at communal picnic tables. Despite the low-key trappings, the food was second to none and word quickly spread. This early success led to further expansion and now, six decades later with restaurants along the Eastern Seaboard, the family philosophy endures: Legal Sea Foods is a fish company in the restaurant business. . . . George's son, Roger, has been at the helm since 1992 and has expanded the business into new markets while maintaining the company's focus on its proud tradition and core values. So when we say, "If it isn't fresh, it isn't Legal!," we renew a commitment that has sustained us for over a half-century.

Legals is also an acclaimed restaurant as evidenced by the following awards and recognitions:

- **Most Admired Brand and Readers' Choice: Boston Business Journal 2014** "The Most Admired program is extremely competitive. You can imagine the criteria that filtered through voters' minds as they filled in the blanks: the quality of the companies products; their track records as corporate citizens; and their roles in defining and reshaping the local economy. In a place with as many great companies, executives and brands as Boston, reaching the top of a "most admired" list is no small thing. In truth, few places in the U.S. have the ability to match the branding power of a Dunkin' Donuts, the Boston Red Sox and Legal Sea Foods. And its no exaggeration to say that all three brands could be part of a typical day for a Bostonian: A coffee at Dunks on the way to Fenway Park, and after the game dinner at Legal's."

- **Best Seafood Restaurant" - *USA Today*, 2013.** "Legal Sea Foods claws its way to the top! The votes are in and seafood-loving readers have chosen their favorite place to savor the flavors of the sea. 'If it isn't fresh, it isn't Legal' is the slogan at this popular chain - stretching from Florida to Massachusetts - which has its own waterfront purity lab that inspects every delivery. *Famed for its thick and bipartisan New England clam chowder, which has been served at the Presidential Inaugurations of all five presidents since Ronald Reagan in 1981*, it also has a huge menu of every sorts of seafood dish." – USA Today (emphasis added)

- **"Best U.S. Airport Food" - USA Today, 2013.** Legal Sea Foods (Boston Logan International Airport) Named a winner in the 10 Best Readers' Choice Awards for "Best U.S. Airport Food."

- **"31 Best Airport Restaurants Around the World" - USA Today, 2012.** The Daily Meal's list of the 31 best airport restaurants around the world was carefully curated through a six-month-long nomination process. Restaurants were judged

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 5

in two categories: cuisine and style/décor/service. From innovative menu options to plating and presentation to freshness, quality, and taste, The Daily Meal evaluated each restaurant's cuisine and only included the restaurants that were deemed to be extraordinary. For the second category, panelists evaluated the dining experience, from the restaurant's interior and dining-room ambiance to the service, voting for the restaurants that offer an unrivaled experience. From Miami to Munich and Seattle to Singapore, there are dozens of outstanding airport restaurants, many a destination in their own right." - USA Today

As a result of receiving customer complaints about DoorDash, Legals became aware that DoorDash had been using its trademarks, increasing its menu prices and holding itself out as a delivery service for Legals. On December 7, 2015, Legals notified DoorDash by certified letter of its unfair and deceptive practice of using Legals' Trademarks to lure customers to its website under the pretext that (a) DoorDash is an authorized agent of Legals, (b) Legals is Merchant Partner of DoorDash, (c) Legals approved the restaurant menu pricing on DoorDash's website, (d) DoorDash is properly licensed to deliver food products and goods to customers, and (e) Legals authorized DoorDash to make deliveries of food products and goods on its behalf. A copy of the Cease and Desist Letter to DoorDash and its CEO, Tony Xu, dated December 7, 2015 is attached hereto as <u>Exhibit 3</u>. In the December 7th letter, Legals *demanded that DoorDash cease and desist immediately* this unfair and deceptive activity. DoorDash has failed and refuses to (a) respond to the Cease and Desist Letter and (b) to stop its unfair and deceptive practices. DoorDash's deceptive practice of posting Legals' Restaurant Menus on its website continues as evidenced by the screen shot of DoorDash's website dated January 7, 2016 and is attached hereto as <u>Exhibit 4</u>.

DoorDash is a start-up delivery service and incorporated as a Delaware corporation on May 21, 2013, and registered as a foreign corporation in Massachusetts on the same day. Legals operates twenty-five (25) restaurants alone in the Commonwealth of Massachusetts. Published reports state that less than two (2) years after incorporation, DoorDash raised $40 million dollars (Series B funding) based upon a company valuation of $600,000 million dollars. It is reasonable to infer that DoorDash's valuation is based, in part, on its ability to provide delivery services for restaurants such as Legals. In a recent video posted on-line, the CEO of DoorDash confesses that the company makes a profit from the commission agreement with restaurants and that the drivers are paid the delivery fee plus any tips. Thus, DoorDash only makes money based upon its relationship with the restaurants. Accordingly, it is also reasonable to infer that DoorDash is and has been benefiting financially by using the trademarks and service marks of Legals, which has built a stellar reputation over the last 50 years as one of the world's premier seafood companies and restaurants.

To generate its valuation, attract investors, and make a profit, DoorDash's business model offers customers a list of restaurant menus plus a means to order meals and have them delivered to their door. To purchase food products and goods from a restaurant, customers provide DoorDash with a debit or credit card for payment. Customers then place an order

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 6

through DoorDash and make the required payment but they do not directly order from or pay the restaurants.   Customers falsely assume that DoorDash has a relationship with all Merchant Restaurants because they appear on DoorDash's website, and DoorDash provides a delivery service.

In some instances, DoorDash makes a concerted effort not to notify the Merchant Restaurants that a purchase is being made via DoorDash's website or phone app.  Recent reports suggest that DoorDash's training video specifically instructs delivery drivers not to use the name "DoorDash" when picking up orders from restaurants that are not Merchant Partners.   The drivers are further advised to not show or provide the restaurant receipt to the customer. DoorDash does not want the customer to know that it is charging the customer more for certain food products and goods than the restaurant.

DoorDash's posting of Legals' Restaurant Menus on its website actively and intentionally misrepresents to customers that DoorDash has a food products and goods delivery agreement with Legals.  Consistent with its business practice, after customers pay DoorDash directly for Legals' food products and goods meals, DoorDash then places the same order with Legals. DoorDash pays Legals directly for the order and picks up the food products and goods for delivery to the customer.  However, Legals does not have nor did it ever have a Merchant Partner agreement with DoorDash.  Legals has never agreed to permit DoorDash to (a) list Legals as a Merchant Partner on its website and (b) represent to Legals' customers that DoorDash is an approved delivery service.   To get around the fact that Legals is not a Merchant Partner and to earn a "commission [its only source of revenue per transaction]," DoorDash intentionally, deceptively, and by design increases the prices of food products on Legal's Restaurant menus, pockets the spread, and passes the increased cost onto the customer.  This unfair and deceptive acts and conduct is a pattern of activity and behavior of DoorDash and is by no means an isolated incident.  On November 6, 2015, In-N-Out Burgers filed suit against DoorDash in federal court in California on nearly identical claims of DoorDash hold itself out as an approved delivery service.  A copy of the In-N-Out Docket Sheet is attached hereto as Exhibit 5.

In addition to the infringement of Legals' Trademarks and noted customer misrepresentations, DoorDash is putting Legals at risk for claims by customers relating to the quality of its food products.  Legal has no control over DoorDash's operations including (a) how its food products are being cared for during the delivery process; (b) how long it takes for DoorDash to make a delivery; or (c) whether DoorDash regularly complies with all applicable health and sanitary codes.  DoorDash puts Legals at risk for customer complaints and claims of food contamination and/or spoliation, and related illnesses, which would substantially damage Legals' reputation and standing in the restaurant business, and could result in irreparable damages and financial loss.

Chapter 93A "'was designed to encourage more equitable behavior in the marketplace and impose liability on persons seeking to profit from unfair practices.'"  *Arthur D. Little, Inc. v. Dooyang Corp.*, 147 F.3d 47, 55 (1st Cir. 1998) (quoting *Linkage Corp. v. Trustees of Boston Univ.*, 425 Mass. 1, 25 (1997)).  Chapter 93A prohibits all unfair or deceptive acts or practices.

Tony Xu, CEO
National Registered Agents, Inc.
January 7, 2016
Page 7

Although courts frequently merge the concepts of unfairness and deception, liability may be based solely on unfairness or deception. *See Commonwealth v. Fremont Inv. & Loan*, 452 Mass. 733, 742–43 (2008); "[U]nfair or deceptive conduct is best discerned 'from the circumstances of each case.'" *Kattar v. Demoulas*, 433 Mass. 1, 14 (2000) (quoting *Commonwealth v. DeCotis*, 366 Mass. 234, 242 (1974)). The Supreme Judicial Court has also held that the existence of an industry-wide practice would not constitute a defense to conduct considered unlawful under G.L. c.93A. *Commonwealth v. DeCotis*, 366 Mass. 234, 240 (1974). *See also Therrien v. Resource Financial Group, Inc.*, 704 F. Supp. 322, 329 (D.N.H. 1989).

DoorDash's acts and conduct including its knowingly and intentionally (i) misappropriating Legals' Trademarks for its financial gain, (ii) misleading Legals' consumers by using Legals' Restaurant Menus and artificially increasing prices, and (iii) causing damage to Legals' business reputation are each separate, unfair and deceptive acts and practices as defined by Chapter 93A.

On information and belief, DoorDash has been doing business in Massachusetts since its inception in 2013. It has also unlawfully used Legals' Trademarks to generate revenue and a business valuation of $600,000 million in less than two years. It is fair to assume that a portion of that business value is attributed to its use of Legals' Trademarks and artificial increase of food products prices on Legals Restaurant Menus. Legals demands payment from DoorDash of monetary damages in the sum of $1,000,000 million dollars. Legals further demands that DoorDash (a) *cease* and *desist* the practice of using Legals' Trademarks and other unfair acts and practices as described herein, (b) remove Legals Trademarks from its website, (c) remove the Legal Restaurant Menus from its website, (d) disgorge all profit from the re-sale of Legals' food products and goods, and (e) that DoorDash enter into a written agreement memorializing this understanding. Under the provisions of Section 11, Chapter 93A, we are providing you with the opportunity to make a written offer of settlement of these claims within thirty (30) days. If you fail to make a good faith offer of settlement in response to this request within the time permitted, Legals will institute a legal action seeking an award of double or triple damages in addition to attorney's fees and costs.

Very truly yours,

E. Macey Russell

# EXHIBIT 1

# Let's Work Together

## Partner with DoorDash

## Become a Partner

A member of our Partnerships team will be in touch shortly after you submit this form.

| | |
|---|---|
| **Store Name** | Restaurant name |
| **Contact Name** | John Doe |
| **Cell Phone** | (XXX) XXX-XXXX |
| **Email** | jdoe@gmail.com |
| **Street Address** | 123 Main St |
| **City** | Palo Alto |
| **Region** | ▾ |

Get Started

## Delivery Connects

Redefine direct-to-consumer with delightful delivery. By listing on the DoorDash marketplace, you're instantly integrating efficiency into your business.

Setup is a snap - just give us a few details and you'll be on your way to increased exposure, boosted order volume, not to mention being part of a growing DoorDash family.

Expand your reach

Double your to-go sales while reaching new demographics.



Always professional
Our couriers are vetted and trained to be the best.



We've got your back
Something come up? Talk to a real person. We're here for you.



# Owners Approve

"We've been so happy with it that we want to add our other restaurants to the site as well! I would honestly recommend DoorDash over all of our other delivery/online ordering services that we use because of the great results we've seen."

Jessica Cheung
Sushi 88 and Ramen, Pearl Cafe

"The clear organization of DoorDash is what made me agree to try it out. And it's turned out great—the communication, professionalism, organization; they're all really great attributes of DoorDash [...] That's why I actually only use DoorDash."

Lumi Gardner
Fuki Sushi

"Our to-go sales have doubled and our customers--both regular and new--have had nothing but good things to say about the service. They're prompt in picking up the orders and their drivers are pleasant and professional."

Joe Antuzzi
Il Postale

"Partnering with DoorDash has boosted our business tremendously. The people are great--drivers, support reps, you name it.  DoorDash has allowed us to build a bridge of convenience, efficiency, and accessibility to our customers."

DoorDash Food Delivery | Become a Merchant Partner

Onna Hui
Project Juice

# Success Stories

Read more about our partners and the DoorDash community in our monthly publication.

## Read DoorDash Stories (http://stories.doordash.com)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) •
Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

(http://twitter.com/doordash)     (http://facebook.com/doordash)
(http://instagram.com/doordash)

© 2015 DoorDash

# EXHIBIT 2

DoorDash Food Delivery | Pick Your Restaurant

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

🔍

Search for restaurants

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

✓ DoorDash Select

Learn More

# Introducing

# DoorDash Select ✓

. ## Lower Delivery Fee

Lower than other merchants

. ## Faster Preparation

Get your food up to 20% faster

. ## Curated For You

The best merchants, chosen by us









Tasty Burger (Back Bay) ✓

Burgers & Dogs

$3.99

🕐 48 mins

Alexandria Pizza & Grill ✓

Pizza, Greek

🕐 48 mins

Anna's Taqueria ✓

Mexican

🕐 44 mins

Antonio's Cucina Italiana ✓

Italian, American

🕐 44 mins









Avana Sushi ✓

Billy Tse ✓

Black Seed Cafe ✓

DoorDash Food Delivery | Pick Your Restaurant

Sushi

🕐
44 mins

Japanese, Sushi Bars,
Chinese

🕐
38 mins

Beard Papa's (Boston) ✅

Desserts

🕐
44 mins

Middle Eastern, Halal,
Falafel

🕐
45 mins



Blue Fuji (Boston) ✅

Chinese, Japanese

🕐
45 mins



Cafe Podima ✅

Sandwiches

🕐
45 mins



Chatime (Hudson) ✅

Fusion Tea House

🕐
44 mins



Chilli Duck Thai ✅

Thai

🕐
50 mins



Cocobeet ✅

Juice Bar, Vegan

🕐
41 mins



Code 10 ✅

Deli, Sandwiches

🕐
45 mins



Crush Pizza ✅

Pizza, Italian

🕐
38 mins



Dirty Water Dough ✅

Pizza

🕐
50 mins



Dosa Factory ✅

Indian

🕐
45 mins



Ducali ✅

Pizzeria & Bar

🕐
41 mins



Dumpling Cafe ✅

Taiwanese

🕐
44 mins



Fish & Bone ✅

Pet Store

🕐
50 mins



Genki Ya ✅

Bars, Japanese, Sushi

🕐
48 mins



Itadaki ✅

Japanese, Sushi

🕐
46 mins



J.J. Foley's Cafe ✅

American

🕐
47 mins



Kashmir ✅

Indian

🕐
48 mins



Koy ✅

Korean Fusion



Kung Fu Tea
(Kneeland St) ✅

Smoothies, Tea

La Famiglia Giorgio's ✅



Massimino's Cucina
Italiana ✅

Italian-American

DoorDash Food Delivery | Pick Your Restaurant

🕐
38 mins

🕐
44 mins

Gluten-Free, Italian, Pizza

🕐
41 mins

🕐
41 mins



Mela Indian Bistro ✓
Indian

🕐
50 mins



Pho Pasteur ✓
Vietnamese

🕐
44 mins



Pinkberry (North End)
✓
Frozen Yogurt

🕐
38 mins



Pita Kabob ✓
Middle Eastern

🕐
45 mins



Pressed Boston ✓
Juice & Smoothies, Vegetarian

🕐
45 mins



Rigoletto ✓
Italian

🕐
38 mins



Royal Punjab ✓
Indian, Halal

🕐
50 mins



Sal's of South Boston
✓
Pizza, Italian

🕐
45 mins



Salvatore's (Theater)
✓
Italian

🕐
44 mins



Sidebar (Boston) ✓
American (Traditional)

🕐
45 mins



South End Buttery ✓
Bakery, American, Breakfast & Brunch

🕐
50 mins



Stats Bar & Grille ✓
Sports Bars, American

🕐
50 mins



The Chicken & Rice Guys ✓
Chicken and Rice

🕐
45 mins



The Juice Box ✓
Acai Bowls, Juices, Smoothies

🕐
48 mins



The Paramount (South Boston) ✓
American

🕐
50 mins



Thirst Juice Co. ✓
Vegetarian, Juice & Smoothies

🕐
41 mins







DoorDash Food Delivery | Pick Your Restaurant

Trattoria Newbury ✓
Italian
🕐
45 mins

U & D Kitchen ✓
Asian Fusion, Thai
🕐
38 mins

Umai Sushi ✓
Japanese, Sushi
🕐
50 mins

Vanderbilt Kitchen & Bar ✓
American (Traditional), Bars
🕐
38 mins


Vejigantes 
Puerto Rican, Latin American
🕐
50 mins


WICHIT ✓
Sandwiches
🕐
50 mins


Wabora ✓
Asian Fusion, Japanese, Sushi
🕐
50 mins


Yankee Lobster Company ✓
Lobster, Fresh Seafood
🕐
45 mins


Aceituna Cafe 
Mediterranean, Lebanese
🕐
48 mins


Cafe Jaffa ✓
Middle Eastern
🕐
45 mins


House of Siam ✓
Thai
🕐
50 mins


Pizzeria 260 ✓
Italian, Pizza
🕐
47 mins

sweetgreen
Sweetgreen (372 Congress) ✓
Salad, Gluten-Free, Vegetarian
🕐
73 mins


Tenoch Mexican ✓
Mexican
🕐
40 mins


Thai Basil (Boston) ✓
Thai, Seafood
🕐
48 mins


Trident Booksellers Cafe ✓
🕐
45 mins


California Pizza Kitchen (Cambridge) ✓
California-Style Cuisine


Mast' ✓
Pizza, Italian
🕐
Pre-order for 4:45PM


Samurai Express ✓
Japanese
🕐
Pre-order for 4:45PM


The Elephant Walk ✓
French Cambodian cuisine
🕐
Pre-order for 4:45PM

DoorDash Food Delivery | Pick Your Restaurant


Pre-order for 4:45PM

P.F. CHANG'S
CHINA BISTRO

P.F. Chang's 
Asian Fusion and
Chinese

Pre-order for 4:45PM


Casa Romero 
Mexican

Pre-order for 5:45PM


Estragon 
Tapas, Spanish

Pre-order for 5:45PM


La Voile 
French

Pre-order for 5:45PM


Lala Rokh 
Middle Eastern

Pre-order for 5:45PM


Lincoln Tavern & 
Restaurant
American, Wood Fired
Pizza

Pre-order for 5:45PM


Papagayo (South 
Boston)
American (New), Bars

Pre-order for 5:45PM


Sip Wine Bar & 
Kitchen
Tapas

Pre-order for 5:45PM


Moonshine 152 
American (New)

Pre-order for 6:15PM


Typhoon Asian Bistro 

Japanese, Asian
Fusion, Sushi

Pre-order for 6:15PM

All Merchants


99 Restaurant & Pub
(Charlestown)
American

47 mins


Al Dente Resturant
Italian, Bakeries

38 mins


Alfredo's Italian
Kitchen (South
Boston)
Italian

45 mins


Au Bon Pain
Cafe, Bakeries,
Sandwiches

44 mins

DoorDash Food Delivery | Pick Your Restaurant



Bailey and Sage (State Street)

Sandwiches



38 mins



Barlow's

New American



44 mins



Barney Fanning's

Irish, Pubs



38 mins



Beantown Pho & Grill

Vietnamese, Thai, Asian Fusion



45 mins



Beantown Pub

Pubs, American



50 mins



Benevento's

Italian, Pizza



38 mins



Bon Me

Vietnamese



45 mins



Boston Beer Garden

Pub



50 mins



Boston Beer Works

Brew Pub



48 mins



Boston News Cafe

Breakfast & Brunch



41 mins



Broad Street Riot

East Coast Cookery



38 mins



Burger King

Fast Food



45 mins



CVS Pharmacy (Boston)

Convenience Store



48 mins

CafeTeria Boston

American

45 mins



Champions

American



50 mins



Club Cafe

Pubs, Italian, Cafes



47 mins



Cosi

Sandwiches, Flatbread Pizza



44 mins



Crazy Dough's Pizza (JP)

Pizza



45 mins



Dino's

Italian, Deli

41 mins



Domino's Charlestown

Chicken Wings, Pizza, Sandwiches



47 mins

DoorDash Food Delivery | Pick Your Restaurant



Douzo Sushi
Sushi, Japanese

48 mins



Dunkin' Donuts
Coffee & Donuts
47 mins



El Molino
Chilean
38 mins



Elephant & Castle
American pub fare
41 mins



Ernesto's
Pizza, Dessert
38 mins

FIVE GUYS
BURGERS and FRIES

Five Guys
American (New),
Burgers, Fast Food,
Hot Dogs
59 mins



Five Horses Tavern
Modern American
45 mins



Flat Black
Coffee
41 mins

GEORGETOWN CUPCAKE

Georgetown Bakery
Bakery, Desserts
Scheduled Only



Haru Sushi
Japanese, Sushi
50 mins



J.P. Licks
Ice Cream, Frozen
Yogurt
45 mins



James Hook & Co
Seafood
57 mins



Jenny's Pizza
Pizza
48 mins



Joe's American Bar &
Grill
American
50 mins

JUGOS

Jugos
Juice & Smoothie Bar
58 mins



Kendall House of
Pizza
Pizza
50 mins



King & I Thai
Thai
49 mins



Kinsale Irish Pub
Irish Pub
41 mins

LEGAL CROSSING

Legal Crossing
Seafood
44 mins



Legal Sea Foods
American (Traditional),
Seafood, Wine Bars

DoorDash Food Delivery | Pick Your Restaurant

44 mins



Lucia Ristorante
Italian

38 mins



Maggiano's Little Italy
Italian Family
Restaurant

45 mins



Marliave
French

45 mins



Max Brenner
Chocolate Cafe

50 mins



McDonald's (McGrath
Hwy)
Fast Food, Burgers

45 mins



Morton's
Seafood, Steakhouses

44 mins



Mother Juice
Juice Bar

49 mins



Mr. Dooley's
Irish, Pub

38 mins



My Thai Vegan Cafe
Thai, Vegan

44 mins



North 26
American (Traditional),
Modern European,
Steakhouses

38 mins



North End Fish Market
Sushi Bar,
Sandwiches, Seafood

38 mins



Palm Restaurant
Seafood, Steakhouse

38 mins



Papa Razzi (Boston)
Italian

48 mins



Pastoral Artisan Pizza
& Kitchen
Italian

45 mins



Pauli's
Subs, Salads, Lobster
Rolls

38 mins



Peet's Coffee & Tea
Coffee & Tea

45 mins



Penang
Malaysian



Piperi Mediterranean
Grill

Poe's Kitchen at The
Rattlesnake



Potbelly
Sandwiches

DoorDash Food Delivery | Pick Your Restaurant


44 mins

Mediterranean
46 mins

Latin-style
47 mins


41 mins



Q Restaurant

Chinese, Sushi Bar
46 mins



Rabia's

Seafood, Italian
52 mins



Riccardo's

Italian
38 mins



Rock Bottom

American (Traditional),
Breweries
45 mins



Roost Bistro
New American, New
England
45 mins



Sabroso Taqueria
Mexican
38 mins



Saladworks
Salad, Sandwiches,
Soup
47 mins



Samurai Kuang Eatery
Japanese, Chinese,
Sushi Bars
41 mins



Saus
Belgian
41 mins



Scollay Square
Casual Bistro
45 mins



Scoozi Newbury
Italian, Pizza
50 mins



Seoul Boston
Korean, Sushi,
Japaneses
45 mins



Shabu & Mein
Ramen Bowls & Hot
Pots
48 mins



Shake Shack
Burgers, Ice Cream &
Frozen Yogurt
50 mins



Shawarma Falafel
Middle Eastern
41 mins



Skampa
Sandwiches
50 mins



Smith & Wollensky



Sofa Cafe



Squeeze



Starbucks

DoorDash Food Delivery | Pick Your Restaurant

Steakhouse, Seafood

🕐
44 mins

Cafe

🕐
50 mins

Juices, Smoothies, Acai Bowls

🕐
41 mins

Coffee & Tea

🕐
38 mins



Stephi's on Tremont
American

🕐
50 mins



Taco Bell
Mexican Fast Food

🕐
50 mins



Taiwan Cafe
Taiwanese, Chinese

🕐
44 mins



Tantric Indian Bistro
Indian

🕐
45 mins



Temazcal Tequila Cantina (Seaport)
Mexican

🕐
44 mins



Temple Place Cafe
Café, Sandwiches, Crepes

🕐
45 mins



The Chart House Restaurant
Seafood & Steakhouse

🕐
45 mins



The Cheesecake Factory
American

🕐
70 mins



The Living Room
Breakfast & Brunch, Lounges

🕐
45 mins



The Parish Cafe
Cafes, Desserts, Sandwiches

🕐
47 mins



The Pour House
American

🕐
45 mins



The Tap Trailhouse
American, Pub

🕐
38 mins



The Upper Crust Pizzeria
Italian, Pizza

🕐
45 mins



The Warren Tavern
American

🕐
54 mins



Thinking Cup (North End)
Coffee, Sandwiches

🕐
38 mins



Tossed
Sandwiches, Salads

🕐
41 mins









DoorDash Food Delivery | Pick Your Restaurant

Uno Due Go
Salad, Pizza
🕐
45 mins

Uno Pizzeria & Grill
Pizzeria & Grill
🕐
50 mins

Viga Italian Eatery
Italian
🕐
48 mins

Warehouse Bar & Grill
American
🕐
38 mins



Wendy's
American
🕐
48 mins



Worden Hall
American
🕐
48 mins



Za Restaurant
Pizza, American
🕐
50 mins



Ziti's Express
Pizza, Italian, Burgers
🕐
45 mins

AMRHEINS
SINCE 1890

Amrheins
American
🕐
Pre-order for 4:45PM



Antico Forno
Italian, Pizza, Gluten-
Free
🕐
Pre-order for 4:45PM



Artu (North End)
Italian
🕐
Pre-order for 4:45PM



Durgin Park
Seafood,
Steakhouses,
American (Traditional)
🕐
Pre-order for 4:45PM



Gennaro's 5 North
Square
Italian
🕐
Pre-order for 4:45PM



Hillstone Restaurant
American (New), Sushi
🕐
Pre-order for 4:45PM



Jacob Wirth
German Restaurant
🕐
Pre-order for 4:45PM



Kika Tapas
Spanish Tapas
🕐
Pre-order for 4:45PM

LA GALLERIA 33

La Galleria 33
Italian
🕐
Pre-order for 4:45PM



Mangia Neapolitan
Pizza
Artisan Pizza, Wraps
🕐
Pre-order for 4:45PM



Nix's Mate
modern American
🕐
Pre-order for 4:45PM



Piattini
Italian
🕐
Pre-order for 4:45PM







DoorDash Food Delivery | Pick Your Restaurant

Ristorante Fiore
Italian

Pre-order for 4:45PM

Rosa Mexicano
Mexican

Pre-order for 4:45PM

Shun's Kitchen
Sushi, Japanese, Korean
Pre-order for 4:45PM

The Merchant
American Brasserie

Pre-order for 4:45PM


The Trophy Room
American (New), Cocktail Bars
Pre-order for 4:45PM


Towne Stove
American
Pre-order for 4:45PM


Empire
Asian Fusion, Lounges
Pre-order for 5:15PM


Shenannigans
Irish Pub

Pre-order for 5:15PM


5 Napkin Burger
Burgers

Pre-order for 5:45PM


75 Chestnut
American, Diner

Pre-order for 5:45PM


Addis Red Sea
Ethiopian

Pre-order for 5:45PM


Aragosta Bar and Bistro
Italian, Bars

Pre-order for 5:45PM


Artisan Bistro
American

Pre-order for 5:45PM


Atlantic Fish Co.
Seafood

Pre-order for 5:45PM


Back Bay Harry's
American

Pre-order for 5:45PM


Boston Chops
Steakhouse

Pre-order for 5:45PM


Bostonia Public House
New England

Pre-order for 5:45PM


Brasserie JO
French

Pre-order for 5:45PM


Carrie Nation Cocktail Club
Upscale New England Fare

Pre-order for 5:45PM


Committee
Mediterranean Meze, Small Plates

Pre-order for 5:45PM

DoorDash Food Delivery | Pick Your Restaurant



El Centro (Boston)
Mexican

Pre-order for 5:45PM



Emmet's Irish Pub
Irish Pub
Pre-order for 5:45PM



Evoo
New American
Pre-order for 5:45PM



Figs Charlestown
Pizza
Pre-order for 5:45PM



Fleming's Prime
Steakhouse
Steakhous
Pre-order for 5:45PM



Helmand Restaurant
Afghani
Pre-order for 5:45PM



Ironside Grill
American
Pre-order for 5:45PM



Koullshi
Hookah Bars,
Lounges
Pre-order for 5:45PM



Legal Oysteria
Seafood
Pre-order for 5:45PM



Little Lamb
Mongolian, Hot Pot
Pre-order for 5:45PM



Lucky's Lounge
American
Pre-order for 5:45PM



Masa Restaurant
American, Mexican
Pre-order for 5:45PM



Maurizio's
Italian
Pre-order for 5:45PM



Meadhall
Gastropub
Pre-order for 5:45PM



Navy Yard Bistro
New American
Pre-order for 5:45PM



Panificio
Italian Bistro
Pre-order for 5:45PM



Petit Robert Bistro
French
Pre-order for 5:45PM



Post 390
American
Pre-order for 5:45PM



Precinct Kitchen + Bar
American
Pre-order for 5:45PM



Red Lantern
Asian Fusion, Sushi
Pre-order for 5:45PM

DoorDash Food Delivery | Pick Your Restaurant



Row 34
Oyster menu plus fish
entrees

🕐
Pre-order for 5:45PM



Rustic Kitchen Bistro &
Bar
Italian

🕐
Pre-order for 5:45PM



Ruth's Chris Steak
House
Steak

🕐
Pre-order for 5:45PM



Summer Shack
Seafood

🕐
Pre-order for 5:45PM



Tangierino
Moroccan

🕐
Pre-order for 5:45PM



Tavern Road
Street Food

🕐
Pre-order for 5:45PM



The Capital Grille
Steakhouse,
American, Seafood

🕐
Pre-order for 5:45PM



The Daily Catch
Seafood

🕐
Pre-order for 5:45PM



Vintage Restaurant
and Lounge
American

🕐
Pre-order for 5:45PM



Ward 8
New American
Restaurant

🕐
Pre-order for 5:45PM



Bambara
New American

🕐
Pre-order for 6:15PM



Beacon Hill Hotel &
Bistro
American

🕐
Pre-order for 6:15PM



Black Sheep
Restaurant
American

🕐
Pre-order for 6:15PM



Clink
American

🕐
Pre-order for 6:15PM



Dante
Creative Italian

🕐
Pre-order for 6:15PM



Grill 23 & Bar
American, Steak
House

🕐
Pre-order for 6:15PM



Mooo...
Steakhouse

🕐
Pre-order for 6:15PM



Ostra
Seafood, Modern
European

🕐



Scampo
Italian, Mozzarella bar

🕐
Pre-order for 6:15PM



Stella
Multi-Regional Italian

🕐
Pre-order for 6:15PM

DoorDash Food Delivery | Pick Your Restaurant

Pre-order for 6:15PM



The Hungry I
French

Pre-order for 6:15PM



Tremont 647
American

Pre-order for 6:15PM



Sonsie
American

Pre-order for 7:15PM

Closed Merchants



Boloco (Congress St)

American, Mexican

Closed



Downtown Pita ✅
Mediterranean,
Middle Eastern

Closed



Flame Cafe ✅
Mediterranean,
American

Closed



Freshii (High Street)

American (New), Juice
Bars & Smoothies,
Salad

Closed



Pavia Italian Cuisine

Italian

Closed



Sate Asian Grill on
Wheels ✅
Ethnic Food, Korean

Closed



Wheelhouse ✅
Burgers, Sandwiches

Closed



Appleton Cafe
Bakeries, Cafe

Closed



Bonapita
Mediterranean,
Bakeries

Closed



Bruegger's Bagels
Bagels, Sandwiches

Closed



Cafe Hemshin
Cafes, Turkish, Falafel

Closed



Cafe Rustico
Italian, Salads,
Sandwiches
Closed



Casa Razdora



Courthouse Seafood



Einstein Bros Bagels



Foumami

DoorDash Food Delivery | Pick Your Restaurant

Italian
🕐
Closed

Seafood
🕐
Closed

Egg sandwiches,
soups, salads, baked
goods & bagels
🕐
Closed

Sandwiches, Asian
Fusion, Salad
🕐
Closed


Locale
Pizzeria

Closed


Mike & Patty's
Sandwiches

Closed


Mother Anna's
Italian

Closed


Mulligans
Delis, Sandwiches

Closed


My Diner
Diners, Breakfast &
Brunch

Closed


Olga's Kafe
Breakfast & Brunch,
Coffee & Tea

Closed


Pita Thyme
Lebanese,
Mediterranean

Closed


Sa Pa
Vietnamese

Closed


Savvor
Southern, Soul Food

Closed


Sorelle Bakery & Cafe
Bakery, Coffee

Closed


Stoddard's
American

Closed


Teatro
Italian

Closed


The Fill-A-Buster
Deli, Salad,
Sandwiches

Closed


West End Johnnies
Sports Bar

Closed


Zo
Authentic Gyros

Closed


Bin 26 Enoteca ✓
Italian

Unavailable






Al's State Street Cafe


Firebrand Saints

DoorDash Food Delivery | Pick Your Restaurant

Charles River Bistro

Cafes

Unavailable

Orinoco (South End)

Latin American,
Caribbean

Unavailable

Subs, Salads

Unavailable

American

Unavailable


Legal Test Kitchen
Legal Sea Foods
offshoot

Unavailable


Sam LaGrassa's
Sandwiches

Unavailable


Sebastians
Freshly Made Salads,
Sandwiches and More

Unavailable


Shabu-Zen
Japanese, Chinese

Unavailable

# Delivery Hours

Sunday - Wednesday: 8:00am - 11:30pm
Thursday - Saturday:  8:00am - 1:00am

## DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips





(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)

(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) • Blog (http://blog.doordash.com) • Jobs (/jobs/) • Terms (/terms/) • Privacy (/privacy/) •
Help & Support (/support/) • Become a Merchant (/merchant/apply) • Become a Dasher (/driver/apply)

 (http://twitter.com/doordash) •  (http://facebook.com/doordash) • 

(http://instagram.com/doordash)

© 2015 DoorDash

# EXHIBIT 3

# L E G A L   S E A   F O O D S ,   L L C



Corporate Offices
One Seafood Way
Boston, Massachusetts 02210

December 7, 2015

Richard Heller
SENIOR VICE PRESIDENT AND
GENERAL COUNSEL
Phone: (617) 530-9510
Fax: (617) 530-9810
Email: rheller@legalseafoods.com

VIA FEDERAL EXPRESS
AND EMAIL
support@doordash.com

DoorDash Headquarters
566 Stanford Avenue
Palo Alto, CA  94306
Attn:  Tony Xu, CEO

Re:    **Infringement of the Trademark and Related Signs, Symbols and Marks of Legal Sea Foods, LLC (the "Company")**

Dear Mr. Xu:

Please be advised that I am Senior Vice President and General Counsel of Legal Sea Foods, LLC (the "Company"); and it has come to my attention that you have used the Company's logo and menu without the express permission of the Company.

The Company has originated and developed a proprietary system for the operation of seafood restaurants, seafood markets and related businesses and possesses copyrights, patents, and trademarks for designs, trade names, signs, insignias, symbols, and slogans employed in the operation of its businesses.  The United States Patent and Trademark Office has granted federal trademark registration to Legal Sea Foods for its trademark name and related signs, symbols, and marks.  Those signs, symbols, and marks have become uniquely associated with and identify the Company.  Among the signs, symbols and marks of the Company granted trademark protection is the logo used on your website (the "Logo").

DoorDash's use of the Logo and menu on its website creates an inference that DoorDash's services are provided on behalf of, and in partnership with, the Company, and takes advantage of the goodwill associated with the Company's name, menu, and Logo.  Moreover, the menu appearing on the DoorDash website inflates the pricing and clearly misrepresents the offerings to our guests.

Unless DoorDash agrees to immediately cease and desist from further use of the Logo and menu on its website, the Company will consider itself at liberty to institute legal proceedings

DoorDash Headquarters
December 7, 2015
Page 2

against DoorDash and seek both injunctive relief against, and monetary damages from DoorDash.  Please advise me in writing of your intentions no later than December 21, 2015.

I sincerely hope that you will voluntarily agree to cease and desist from further use of the Logo and menu.  I look forward to, and anticipate, your prompt response.

Sincerely,

Richard Heller

RH/dc
cc:    Stanley Schurgin, Esq. (via email)

G:\LSF\corr\transmit Door Dash 12.7.15.doc

# EXHIBIT 4

**Delivery Address:** Boston, MA 02110, USA (Change Address (/?force=1))

🔍

legal

# Pick Your Restaurant

Fast delivery within an hour · No minimum order size

All Merchants



**Legal Crossing**
Seafood
🕐
54 mins



**Legal Oysteria**
Seafood
🕐
54 mins





**Legal Sea Foods**
American (Traditional),
Seafood, Wine Bars
🕐
54 mins





**Legal Test Kitchen**
Legal Sea Foods
offshoot
🕐
58 mins

# Delivery Hours
Sunday - Wednesday: 8:00am - 11:30pm
Thursday - Saturday:  8:00am - 1:00am

# DoorDash is now available on mobile

No matter where you are or what you're doing, DoorDash is always at your fingertips



(https://itunes.apple.com/us/app/doordash-food-delivery/id719972451?mt=8)



(https://play.google.com/store/apps/details?id=com.dd.doordash)

About (/about/) · Blog (http://blog.doordash.com) · Jobs (/jobs/) · Terms (/terms/) · Privacy (/privacy/)
· Help & Support (/support/) · Become a Merchant (/merchant/apply) · Become a Dasher (/driver/apply)

 (http://twitter.com/doordash) · (http://facebook.com/doordash) ●
(http://instagram.com/doordash)

© 2015 DoorDash

# EXHIBIT 5

ACCO,(JCGx),AO120,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana) CIVIL DOCKET FOR CASE #: 8:15-cv-01826-JLS-JCG

In N Out Burgers v. Doordash
Assigned to: Judge Josephine L. Staton
Referred to: Magistrate Judge Jay C. Gandhi
Cause: 15:1114 Trademark Infringement

Date Filed: 11/06/2015
Jury Demand: Plaintiff
Nature of Suit: 840
Trademark
Jurisdiction: Federal Question

## Plaintiff

**In N Out Burgers**
*a California Corporation*

represented by **Jennifer A Seigle**
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street Suite 2800
Los Angeles, CA 90017-5406
213-488-7100
Fax: 213-629-1033
Email:
jennifer.seigle@pillsburylaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wallan**
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street Suite 2800
Los Angeles, CA 90017-5406
213-488-7100

Fax: 213-629-1033
Email:
robert.wallan@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H Zaitlen**
Pillsbury Winthrop Shaw Pittman
LLP
725 South Figueroa Street Suite
2800
Los Angeles, CA 90017-5406
213-488-7100
Fax: 213-629-1033
Email:
richard.zaitlen@pillsburylaw.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Doordash**                    represented by **William J Brown , Jr**
*a California company*          Brown Wegner McNamara LLP
                                2603 Main Street Suite 1050
                                Irvine, CA 92614
                                949-705-0080
                                Fax: 949-794-4099
                                Email: bill@bwmllp.com
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                **Yuanjun Lily Li**
                                Brown Wegner McNamara LLP
                                2603 Main Street Suite 1050
                                Irvine, CA 92614

949-705-0080
Fax: 949-794-4099
Email: lli@bwmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K Wegner**
Brown Wegner McNamara LLP
2603 Main Street Suite 1050
Irvine, CA 92614
949-705-0080
Fax: 949-794-4099
Email: mwegner@bwmllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2015 | 1 | COMPLAINT Receipt No: 0973-16749285 - Fee: $400. (Attachments: # 1 Exhibit A-S) (Attorney Richard H Zaitlen added to party IN-N-OUT BURGERS(pty:pla)) (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 2 | CIVIL COVER SHEET filed by Plaintiff IN-N-OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 IN-N-OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 4 | NOTICE of Interested Parties filed by Plaintiff IN-N-OUT BURGERS, identifying None. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by IN-N-OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |

| 11/09/2015 | 6 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge Jay C. Gandhi. (twdb) (Entered: 11/09/2015) |
|---|---|---|
| 11/09/2015 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (twdb) (Entered: 11/09/2015) |
| 11/09/2015 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant Doordash. (twdb) (Entered: 11/09/2015) |
| 11/10/2015 | 9 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON. (tg) (Entered: 11/10/2015) |
| 11/12/2015 | 10 | PROOF OF SERVICE Executed by Plaintiff In N Out Burgers, upon Defendant Doordash served on 11/10/2015, answer due 12/1/2015. in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Seigle, Jennifer) (Entered: 11/12/2015) |
| 11/24/2015 | 11 | STIPULATION Extending Time to Answer the complaint as to Doordash answer now due 12/18/2015, re Complaint (Attorney Civil Case Opening) 1 filed by defendant Doordash.(Attorney Matthew K Wegner added to party Doordash(pty:dft))(Wegner, Matthew) (Entered: 11/24/2015) |
| 12/16/2015 | 12 | STIPULATION Extending Time to Answer the complaint as to Doordash answer now due 12/31/2015, re Complaint (Attorney Civil Case Opening) 1 filed by defendant Doordash.(Wegner, Matthew) (Entered: 12/16/2015) |
| 12/30/2015 | 13 | STIPULATION for Extension of Time to File Answer to 01/22/2016 re Complaint (Attorney Civil Case Opening) 1 filed by defendant Doordash. (Attachments: # 1 Proposed Order)(Wegner, Matthew) (Entered: 12/30/2015) |
| 01/06/2016 | 14 | ORDER by Judge Josephine L. Staton, Granting Stipulation to Extend Time to Answer (More than 30 |

days) 13 . IT IS ORDERED that Defendants time to answer or otherwise respond to the initial complaint shall be extended to January 22, 2016. (twdb) (Entered: 01/06/2016)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/07/2016 14:00:42 | | | |
| **PACER Login:** | ch0042:2524357:0 | **Client Code:** | 0996030-0005/1421 |
| **Description:** | Docket Report | **Search Criteria:** | 8:15-cv-01826-JLS-JCG End date: 1/7/2016 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |