# EXHIBIT 13

Q  Search for a topic or question...

Delivery Help        FAQs

General  >  Pricing, Credits, & Payment

Delivery Fee

Menu Pricing

Tipping your Driver

Promo Codes

Editing Payment Info

# Menu Pricing

For many of our restaurants, the prices you pay on DoorDash are the same as you would pay in store. However, sometimes they are different and for different reasons. When merchants sign onto our network, they pay us a commission fee to help cover the cost of our delivery fleet and operations. To help pay part of their commission, some merchants have decided to add a slight increase to certain menu items.

Other times, prices are different because most restaurant menus online - especially from third-party websites - are outdated. As a result, there will be a perceived difference in price and it's a constant challenge for our team to make sure we have the correct prices. As a result, DoorDash's prices are sometimes lower or higher than what appears on the menus at restaurants.

And finally, if we have a business relationship with a restaurant, the restaurant may elect to adjust menu pricing to offset commissions they pay to us. When we don't have a business relationship with a restaurant, we may adjust menu prices to help keep our service fee as low as possible and ensure effective operations.

About (https://www.doordash.com/about/) • Blog (http://blog.doordash.com) • Jobs (https://www.doordash.com/jobs/) • Terms (https://www.doordash.com/terms/) • Privacy (https://www.doordash.com/privacy/) • Help (https://support.doordash.com) • Become a Merchant (https://www.doordash.com/merchant/apply) • Become a Dasher (https://www.doordash.com/driver/apply)

(http://twitter.com/doordash)   (http://facebook.com/doordash)   (http://instagram.com/doordash)

© 2015 DoorDash