# EXHIBIT 14

ACCO,(JCGx),AO120,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Southern Division − Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:15−cv−01826−JLS−JCG

| | |
|---|---|
| In N Out Burgers v. Doordash<br>Assigned to: Judge Josephine L. Staton<br>Referred to: Magistrate Judge Jay C. Gandhi<br>Cause: 15:1114 Trademark Infringement | Date Filed: 11/06/2015<br>Jury Demand: Plaintiff<br>Nature of Suit: 840 Trademark<br>Jurisdiction: Federal Question |

**Plaintiff**

**In N Out Burgers**  represented by  **Jennifer A Seigle**
*a California Corporation*                       Pillsbury Winthrop Shaw Pittman LLP
                                                 725 South Figueroa Street Suite 2800
                                                 Los Angeles, CA 90017−5406
                                                 213−488−7100
                                                 Fax: 213−629−1033
                                                 Email: jennifer.seigle@pillsburylaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Robert L Wallan**
                                                 Pillsbury Winthrop Shaw Pittman LLP
                                                 725 South Figueroa Street Suite 2800
                                                 Los Angeles, CA 90017−5406
                                                 213−488−7100
                                                 Fax: 213−629−1033
                                                 Email: robert.wallan@pillsburylaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Richard H Zaitlen**
                                                 Pillsbury Winthrop Shaw Pittman LLP
                                                 725 South Figueroa Street Suite 2800
                                                 Los Angeles, CA 90017−5406
                                                 213−488−7100
                                                 Fax: 213−629−1033
                                                 Email: richard.zaitlen@pillsburylaw.com
                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Doordash**  represented by  **William J Brown , Jr**
*a California company*                           Brown Wegner McNamara LLP
                                                 2603 Main Street Suite 1050
                                                 Irvine, CA 92614
                                                 949−705−0080
                                                 Fax: 949−794−4099
                                                 Email: bill@bwmllp.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Yuanjun Lily Li**
                                                 Brown Wegner McNamara LLP
                                                 2603 Main Street Suite 1050
                                                 Irvine, CA 92614
                                                 949−705−0080
                                                 Fax: 949−794−4099
                                                 Email: lli@bwmllp.com
                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew K Wegner**
Brown Wegner McNamara LLP
2603 Main Street Suite 1050
Irvine, CA 92614
949−705−0080
Fax: 949−794−4099
Email: mwegner@bwmllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2015 | 1 | COMPLAINT Receipt No: 0973−16749285 − Fee: $400. (Attachments: # 1 Exhibit A−S) (Attorney Richard H Zaitlen added to party IN−N−OUT BURGERS(pty:pla))(Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 2 | CIVIL COVER SHEET filed by Plaintiff IN−N−OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 IN−N−OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 4 | NOTICE of Interested Parties filed by Plaintiff IN−N−OUT BURGERS, identifying None. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/06/2015 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by IN−N−OUT BURGERS. (Zaitlen, Richard) (Entered: 11/06/2015) |
| 11/09/2015 | 6 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge Jay C. Gandhi. (twdb) (Entered: 11/09/2015) |
| 11/09/2015 | 7 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (twdb) (Entered: 11/09/2015) |
| 11/09/2015 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant Doordash. (twdb) (Entered: 11/09/2015) |
| 11/10/2015 | 9 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON. (tg) (Entered: 11/10/2015) |
| 11/12/2015 | 10 | PROOF OF SERVICE Executed by Plaintiff In N Out Burgers, upon Defendant Doordash served on 11/10/2015, answer due 12/1/2015. in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Seigle, Jennifer) (Entered: 11/12/2015) |
| 11/24/2015 | 11 | STIPULATION Extending Time to Answer the complaint as to Doordash answer now due 12/18/2015, re Complaint (Attorney Civil Case Opening) 1 filed by defendant Doordash.(Attorney Matthew K Wegner added to party Doordash(pty:dft))(Wegner, Matthew) (Entered: 11/24/2015) |
| 12/16/2015 | 12 | STIPULATION Extending Time to Answer the complaint as to Doordash answer now due 12/31/2015, re Complaint (Attorney Civil Case Opening) 1 filed by defendant Doordash.(Wegner, Matthew) (Entered: 12/16/2015) |