UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

| | |
|---|---|
| LEGAL SEA FOODS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOORDASH, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:16-cv-10446-MBB |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Legal Sea Foods LLC (Plaintiff), and Defendant, DoorDash, Inc. (Defendant), hereby stipulate and agree pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), that all claims brought by Plaintiff or against Defendant in this action shall be dismissed with prejudice to the right of any party, with each party to bear its own costs and attorneys' fees, and with all parties waiving any and all rights of appeal.

WHEREFORE, the Plaintiff and Defendant request that the Court dismiss the Complaint with prejudice.

| | |
|---|---|
| Respectfully Submitted,<br>LEGAL SEA FOODS LLC,<br>By its attorney,<br><br>*/s/ E. Macey Russell*<br>E. Macey Russell (BBO#: 542371)<br>mrussell@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel.: (617) 248-5000<br>Fax: (617) 248-4000 | Respectfully submitted,<br>DOORDASH, INC.,<br>By its attorney,<br><br>*/s/ Matthew K. Wegner*<br>Matthew K. Wegner<br>mmwegner@bwmllp.com<br>BROWN WEGNER MCNAMARA LLP<br>2603 Main Street<br>Irvine, CA 92614<br>Tel.: (949) 705-0038 |

7521295v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                */s/ E. Macey Russell*


### CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

      Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Legal Sea Foods LLC has conferred with counsel for DoorDash, Inc. concerning the subject matter of this STIPULATION OF  in an effort to resolve or narrow the issues raised herein, and that counsel for the Defendant [assents to/does not assent to] this motion.

Dated: April 22, 2016                         */s/ E. Macey Russell*